IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JORGE CALDERON RIVERA, | | |
| Petitioner, | | **4:26CV3055** |
| vs. | | |
| KRISTI NOEM, in their official capacity as Secretary of the United States Department of Homeland Security; PAMELA BONDI, in their official capacity as Attorney General of the United States; TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement; DAVID EASTERWOOD, in their official capacity as Acting St. Paul Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; and CAROLYN SOMMER, in their official capacity as Acting Warden of the McCook Detention Center; | | **ORDER TO SHOW CAUSE** |
| Respondents. | | |

This matter is before the Court on Petitioner Jorge Calderon Rivera's (Calderon Rivera) petition for writ of habeas corpus (Filing No. 1).

Calderon Rivera is a Salvadoran citizen who has lived in the United States since 2016. (Filing No. 1 at 4). In January 2026, the "Omaha, NE Fugitive Operations Team" arrested Calderon Rivera (Filing No. 1 at 4; Filing No. 1-4 at 3) and U.S. Immigration and Customs Enforcement (ICE) initiated removal proceedings against him six days later. (Filing No. 1-2). Calderon Rivera remains in custody at the McCook Detention Center in McCook, Nebraska. (Filing No. 1 at 2).

Calderon Rivera alleges his detention is unlawful in that Respondents are "subjecting [him] to mandatory detention and have denied him a bond hearing[.]" (Filing No. 1 at 2). He seeks immediate release, or alternatively, an order directing Respondents to provide him with a bond hearing within seven days. (Filing No. 1 at 24). The habeas statute provides that a court must grant the petition for a writ or order Respondents to "show cause why the writ should not be granted unless it appears from the application that [Calderon Rivera] is not entitled" to relief. 28 U.S.C. § 2243. The order to show cause must be "directed to the person having custody of [Calderon Rivera]." *Id.* The order must "be returned within three days" unless "good cause for additional time, not to exceed twenty days, is allowed." *Id.* Moreover, the person to whom the order is directed "shall make a return certifying the true cause of [Calderon Rivera's] detention." *Id.*

The Court cannot say from the face of the petition that Calderon Rivera is not entitled to relief. Accordingly, the Court orders Calderon Rivera to serve his petition and a copy of this Order on Respondents and file proof of service with the Court. Respondents shall then show cause why the writ should not be granted. After Calderon Rivera replies, the Court will set a hearing on the matter. The Court finds the need to serve Respondents and the complexity of the legal issues constitute good cause for the briefing schedule to the extent it allows a response beyond the three days ordinarily allowed under 28 U.S.C. § 2243.

Further, the Court finds cause to preserve the status quo and the Court's jurisdiction by ordering that Calderon Rivera may not be removed from the United States or the District of Nebraska until further order of this Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1368 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits). Accordingly,

**IT IS ORDERED:**
1. Petitioner Jorge Calderon Rivera shall serve his petition for writ of habeas corpus (Filing No. 1) and a copy of this order on Respondents as soon as is practicable, and file proof of such service with the Court.
2. Respondents shall, within three business days of being served, make a return certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

3. Petitioner shall reply in support of his petition within three business days of the Respondents' return.

4. The Court will then set a prompt hearing on this matter.

5. Respondents shall not remove Petitioner from the United States or the District of Nebraska until further order of the Court.

Dated this 18th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge